```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 57927
    MARRAND Y ANDERSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2906

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/01/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CORTRUST BANK              UNSECURED           778.15             .00             .00
AT & T BANKRUPCTY          UNSECURED           464.43             .00             .00
CITY OF CHICAGO PARKING    UNSECURED           498.00             .00             .00
PREMIER BANCARD CHARTER    UNSECURED           341.55             .00             .00
PLANNED PARENTHOOD         UNSECURED        NOT FILED             .00             .00
ONYX ACCEPTANCEO CORP      SECURED            6675.00          663.57         1627.28
ONYX ACCEPTANCEO CORP      UNSECURED          4188.00             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,105.20                        2,105.20
TOM VAUGHN                 TRUSTEE                                             253.95
DEBTOR REFUND              REFUND                                                 .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               4,650.00

PRIORITY                                          .00
SECURED                                      1,627.28
    INTEREST                                   663.57
UNSECURED                                         .00
ADMINISTRATIVE                               2,105.20
TRUSTEE COMPENSATION                           253.95
DEBTOR REFUND                                     .00
                    ---------------     ---------------
TOTALS                4,650.00               4,650.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 57927 MARRAND Y ANDERSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/03/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```